**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 26 2018

JAMES W. McCORMACK, CLERK
By:_____
            DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASHLEY FOSTER,                                                                      PLAINTIFF
Individually and on Behalf of all Others
Similarly Situated

vs.                                 No. 4:18-cv-217-KGB

GRADY'S PIZZA & SUBS, INC.
d/b/a GRADY'S RESTAURANT                                                DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as server for Defendant Grady's Pizza & Subs, Inc. d/b/a Grady's Restaurant ("Defendant"), within the three years preceding the signing of this document. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid minimum wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ERICA MORGAN

Date: 3/26/2018

/s/ Josh Sanford
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

