FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 26 2018
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ASHLEY FOSTER,**                                                                              **PLAINTIFF**
**Individually and on Behalf of all Others**
**Similarly Situated**

vs.                              No. 4:18-cv-217-KGB

**GRADY'S PIZZA & SUBS, INC.**
**d/b/a GRADY'S RESTAURANT**                                                        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as server for Defendant Grady's Pizza & Subs, Inc. d/b/a Grady's Restaurant ("Defendant"), within the three years preceding the signing of this document. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid minimum wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.
    I declare under penalty of perjury that the foregoing is true and correct.

_____
**ASHLEY FOSTER**

Date:  3/26/2018

*/s/ Josh Sanford*
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


EXHIBIT B