IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ASHLEY FOSTER, ERICA MORGAN,**          **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.                    Case No. 4:18-CV-217-KGB

**GRADY'S PIZZA & SUBS, INC.,**          **DEFENDANT**
d/b/a GRADY'S RESTAURANT

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file the necessary settlement and dismissal papers with the Court within fourteen (14) days from the filing of this Notice of Settlement.

Respectfully submitted,

**ASHLEY FOSTER and ERICA MORGAN, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088

Allison Koile
Ark. Bar No. 201154
allison@sanfordlawfirm.com

Chris Burks
Ark. Bar No. 2010207
chris@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com