# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **ASHLEY FOSTER, ERICA MORGAN,** each individually and on behalf of all others similarly situated | **PLAINTIFFS** |
| v. Case No. 4:18-cv-00217-KGB | |
| **GRADY'S PIZZA & SUBS, INC., d/b/a GRADY'S RESTAURANT** | **DEFENDANT** |

## ORDER

On March 4, 2019, plaintiffs Ashley Foster and Erica Morgan and defendant Grady's Pizza & Subs, Inc., d/b/a Grady's Restaurant filed a notice of settlement informing the Court that the parties are in the process of finalizing settlement terms and expected to file the necessary settlement and dismissal papers with the Court by March 18, 2019 (Dkt. No. 22). Based on informal communication with the parties, and for good cause shown, the Court grants the parties an extension of time up to and including April 3, 2019, to file the necessary settlement and dismissal papers with the Court.

So ordered this the 20th day of March, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge